**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001783
30-JAN-2015
08:36 AM**

NOS. CAAP-13-0001783 and CAAP-13-0003125

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAI'I

MICHAEL RAY, INDIVIDUALLY AND AS NEXT FRIEND
FOR ALYSSA RAY, A MINOR, AND DEBBIE RAY, Plaintiffs-Appellees,
v.
KAPIOLANI MEDICAL SPECIALISTS, KAPIOLANI MEDICAL
CENTER FOR WOMEN AND CHILDREN, Defendants-Appellants
and
DOES 1-20, Defendants

APPEAL FOR THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-1150)

ORDER APPROVING STIPULATION FOR DISMISSAL
OF APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal with Prejudice" of the above appeal filed on January 21, 2015, within which the parties agree that each party shall bear their own respective attorneys' fees and costs, and the records and files herein,

IT IS HEREBY ORDERED that

(1) the "Stipulation for Dismissal of Appeal with Prejudice" is approved,

(2) this appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), and

(3) each party shall bear their own respective appellate attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, January 30, 2015.


Chief Judge


Associate Judge


Associate Judge

2